UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TERRELL BOSTICK, | * | |
|     Plaintiff, | * | |
| | * | Civil Action No. 15-30193-MGM |
| v. | * | |
| | * | |
| SMITH & WESSON CORP., | * | |
| | | |
|     Defendant. | * | |

MEMORANDUM AND ORDER RE: REPORT AND
RECOMMENDATION REGARDING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
(Dkt. Nos. 39 and 45)
May 16, 2017

MASTROIANNI, U.S.D.J.

Magistrate Judge Katherine A. Robertson has recommended the court grant the motion for summary judgment filed by Defendant, Smith & Wesson Corp. in this action filed by Plaintiff, Terrell Bostick. (Dkt. No. 39.) Plaintiff did not file an opposition to Defendant's Motion for Summary Judgment and did not file an opposition to Judge Robertson's Report and Recommendation ("R&R") within the fourteen day period set forth on the final page of the R&R.

Based upon the thorough analysis presented in the R&R, and noting there are no objections, the court, upon *de novo* review, hereby ADOPTS the Report and Recommendation. (Dkt. No. 45.) Based upon this, Defendant's motion for summary judgment (Dkt. No. 39) is hereby GRANTED.

It is So Ordered.

                                                /s/ Mark G. Mastroianni

                                                MARK G. MASTROIANNI
                                                United States District Judge